**Fill in this information to identify the case:**

Debtor name ___ApplianceSmart, Inc.___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF NEW YORK___

Case number (if known) ___19-13887___

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*  ___20 Largest Creditors___
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___December 23, 2019___     **X** /s/ Virland Johnson
_____
Signature of individual signing on behalf of debtor

Virland Johnson
_____
Printed name

Chief Financial Officer
_____
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | ApplianceSmart, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | 19-13887 |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALMO PO Box 536251 Pittsburgh, PA 15253-5904 | | | | | | $304,183.58 |
| Crossroads Center 975 34th Ave NW Suite 205 Rochester, MN 55901 | | 0239 Rochester | | | | $41,960.80 |
| Cumulus 3280 Peachtree Road, NW Atlanta, GA 30305 | | KQRS | | | | $43,585.00 |
| Electrolux Home Products North America PO Box 212237 Augusta, GA 30907 | | | | | | $227,774.92 |
| Fisher Paykel PO Box 740919 Los Angeles, CA 90074-0919 | | | | | | $108,857.39 |
| Graceland Retail 2017, LLC 250 Civic Center Drive Suite 500 Columbus, OH 43215 | | | | $935,904.42 | $0.00 | $935,904.42 |
| Hopkins Mainstreet II, LLC c/o Douglass E. Turner 33 South 6th Street, # 4160 Minneapolis, MN 55402 | | | | $229,165.48 | $0.00 | $229,165.48 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | AppliceSmart, Inc. | Case number *(if known)* | 19-13887 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Live Ventures Incorporated 325 E Warm Springs Rd #102 Las Vegas, NV 89119 | | | | | | $59,339.03 |
| Martin Drive, LLC 14675 Martin Street Eden Prairie, MN 55344 | | Law suit - past due rent | | | | $265,281.26 |
| Matt's Moving, LLC 105 State Street So Saint Paul, MN 55107 | | | | | | $58,097.50 |
| New Leaf 909 Lake Carolyn Parkway Irving, TX 75039 | | | | | | $82,235.08 |
| OIRE National MN LLC 380 Jackson Street #700 Saint Paul, MN 55101 | | | | | | $35,972.09 |
| Samsung Electronics AmericaInc 12869 Collection Center Drive Chicago, IL 60693 | | | | | | $50,228.69 |
| Seventy Three Seventy LLC c/o Grootwassink Real Estate 14675 Martin Dr Ste 200 Eden Prairie, MN 55344 | | | | | | $75,681.61 |
| StarTribune P.O. Box 790445 Saint Louis, MO 63179-0445 | | | | | | $87,549.98 |
| Taurus USLF c/o Taurus Management Svcs LLC 610 N Wymore Road #200 Maitland, FL 32751 | | | | | | $57,513.36 |
| The Hartford PO Box 660916 Dallas, TX 75266-0916 | | | | | | $237,389.87 |
| Valassis Communications, Inc. 19975 Victor Parkway Livonia, MI 48152 | | | | | | $234,320.90 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | ApplianceSmart, Inc. | | Case number *(if known)* | 19-13887 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Valassis Communications, Inc. 19975 Victor Parkway Livonia, MI 48152 | | | | | | $186,131.68 |
| Valassis Communications, Inc. 19975 Victor Parkway Livonia, MI 48152 | | | | | | $57,073.06 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    ApplianceSmart, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    19-13887

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*........................................................................................   $     175,612.57

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.....................................................................................   $     5,179,869.07

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.......................................................................................   $     5,355,481.64

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................   $     8,914,267.76

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$     2,954,679.24

4. **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b        $     11,868,947.00

**Fill in this information to identify the case:**

Debtor name ___AppliceSmart, Inc.___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF NEW YORK___

Case number (if known) ___19-13887___

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| **2.      Cash on hand** | $900.00 |

**3.      Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Wells Fargo Bank | Checking | 4200 | $0.00 |
| 3.2. | Wells Fargo Bank | Checking | 2140 | $0.00 |
| 3.3. | Wells Fargo Bank | Checking | 5672 | $0.00 |

**4.      Other cash equivalents** *(Identify all)*

**5.      Total of Part 1.**
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  | $900.00 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.      Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

Debtor    AppliceSmart, Inc.                                    Case number *(If known)*  19-13887
          Name

| | | |
|---|---|---|
| 7.1. | Refundable deposits | $196,266.20 |

| | | |
|---|---|---|
| 7.2. | Work-order deposits | $11,834.36 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Prepayments (Other) | $6,435.00 |

| | | |
|---|---|---|
| 8.2. | Prepayment to Attorneys (non-bankruptcy attorneys) | $13,485.50 |

9.    **Total of Part 2.**                                                                    $228,021.06
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:        290,191.75      -            0.00      =....      $290,191.75
                           face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                    $290,191.75
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

| Debtor | ApplianceSmart, Inc. | Case number *(If known)* | 19-13887 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| Appliances, appliance accessories located at Champlin store ($655,152.99); Maplewood store ($502,848.74); MN Service and Warehouse in Champlin ($33,773.39 and $139,907.38) and Reynoldsburg store ($892,578.62) | 9/30/2019 | $2,224,261.12 | Appraisal | $2,224,261.12 |

**22.**    **Other inventory or supplies**

**23.**    **Total of Part 5.**                              $2,224,261.12

Add lines 19 through 22.  Copy the total to line 84.

**24.**    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture** <br> SEE ANNEXED SCHEDULE | Unknown | | Unknown |
| **40.**   **Office fixtures** <br> SEE ANNEXED SCHEDULE | Unknown | | Unknown |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software** <br> SEE ANNEXED SCHEDULE | $421,495.14 | | $421,495.14 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | ApplianceSmart, Inc. | Case number (If known) | 19-13887 |
|---|---|---|---|
| | Name | | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$421,495.14

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  1997 Stoughton Trailer (VIN #: 1DW1A5328VS075905) | Unknown | | Unknown |
| 47.2.  2000 Stricklund Trailer (VIN #: 1S12E9533YE464278) | Unknown | | Unknown |
| 47.3.  1997 Stoughton Trailer (VIN #: 1DW1A5328V5075935) | Unknown | | Unknown |
| 47.4.  2013 Ford Transit (VIN #: NMOLS7BN9DR165426) | Unknown | | Unknown |
| 47.5.  1989 International Semi (unusable) (VIN #: 1HSZDGEN0KH632386) | Unknown | | Unknown |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | ApplianceSmart, Inc. | Case number *(If known)* 19-13887 |
|---|---|---|
| | Name | |

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    Debtor leases office space and/or retail stores located at: 300 Park Avenue, 12th Floor, New York, NY 10022; 6080 E Main Street Columbus, OH 43213; 1735A Beam Avenue, Maplewood, MN 55109; 8900 109th Ave N, Champlin, MN 55316; 320 Thorton Road, Lithia Springs, GA 30122; and 5700 Columbus Square, Columbus, OH 43231. | Leasehold interests | $175,612.57 | | $175,612.57 |

56.    **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$175,612.57

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    ApplianceSmart, Inc.                                    Case number (If known)   19-13887
_____
Name

| | | | |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>Trademark for ApplianceSmart | $0.00 | N/A | $0.00 |

| | | | |
|---|---|---|---|
| 61. | **Internet domain names and websites**<br>www.appliancesmart.com | $0.00 | | $0.00 |

62. **Licenses, franchises, and royalties**

| | | | |
|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations**<br>Customer lists | $5,205.00 | | $0.00 |

| | | | |
|---|---|---|---|
| 64. | **Other intangibles, or intellectual property**<br>Tradenames | $2,015,000.00 | | $2,015,000.00 |

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.                  $2,015,000.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor    ApplianceSmart, Inc.                                          Case number *(If known)*  19-13887
_____Name_____

Causes of action against third parties                                                            Unknown
**Nature of claim**        _____
**Amount requested**       _____$0.00_____

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

       Claims against third parties                                                               Unknown
       **Nature of claim**        _____
       **Amount requested**       _____$0.00_____

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                        | $0.00 |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Debtor | AppliceSmart, Inc. | Case number *(If known)* 19-13887 |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="3">Part 12:</td><td>Summary</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $900.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $228,021.06 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $290,191.75 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,224,261.12 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $421,495.14 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $175,612.57 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,015,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,179,869.07 | + 91b. $175,612.57 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,355,481.64 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    ApplianceSmart, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    19-13887

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| 2.1 | Crossroads Financing, LLC | **Describe debtor's property that is subject to a lien** | $1,588,202.33 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

6001 Broken Sound Parkway NW
Suite 620
Boca Raton, FL 33487
Creditor's mailing address

First priority blanket lien

**Describe the lien**
Loan and Security Agreement
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2019
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | Graceland Retail 2017, LLC | **Describe debtor's property that is subject to a lien** | $935,904.42 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

250 Civic Center Drive
Suite 500
Columbus, OH 43215
Creditor's mailing address

**Describe the lien**
Judgment Lien
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | ApplianceSmart, Inc. | Case number (if know) | 19-13887 |
|---|---|---|---|
| | Name | | |

�-- **No**
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Hopkins Mainstreet II, LLC | Describe debtor's property that is subject to a lien | $229,165.48 | $0.00 |
|---|---|---|---|---|

Creditor's Name

c/o Douglass E. Turner
33 South 6th Street, # 4160
Minneapolis, MN 55402
Creditor's mailing address

**Describe the lien**
Judgment Lien
**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | JanOne, Inc. fka ARCA Inc. | Describe debtor's property that is subject to a lien | $2,826,210.90 | $0.00 |
|---|---|---|---|---|

Creditor's Name | Second priority blanket lien

175 Jackson Avenue North
Suite 102
Hopkins, MN 55343
Creditor's mailing address

**Describe the lien**
Loan and Security Agreement
**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Whirlpool Corporation | Describe debtor's property that is subject to a lien | $3,334,784.63 | $0.00 |
|---|---|---|---|---|

Creditor's Name

2000 M-63 MD7590
Benton Harbor, MI
49022-2692
Creditor's mailing address

**Describe the lien**
Security Agreement
**Is the creditor an insider or related party?**
☐ No

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

Debtor    Appli005Smart, Inc.    Case number (if know)    19-13887
_____Name_____

Creditor's email address, if known          ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No

                                             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**     **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply

■ No                                  ☐ Contingent

☐ Yes. Specify each creditor,         ☐ Unliquidated
including this creditor and its relative
priority.                             ☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $8,914,267.76 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Emily J. Jackson, Esq.<br>Harris McClellan, et al<br>37 W. Broad St., Suite 950<br>Columbus, OH 43215 | Line   2.2 | |

---

| Fill in this information to identify the case: |
|---|
| Debtor name ___ApplianceSmart, Inc.___ |
| United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF NEW YORK___ |
| Case number (if known) ___19-13887___ |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br><br>3R's Unique Transportation Inc<br>40 Honeysuckle Lane<br>Fairburn, GA 30213<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $2,800.00 |
| **3.2** | Nonpriority creditor's name and mailing address<br><br>ADP<br>11 Northeastern Blvd<br>Salem, NH 03079<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $3,996.36 |
| **3.3** | Nonpriority creditor's name and mailing address<br><br>Aleksandr Vorostsev<br>17148 76th Place N<br>Excelsior, MN 55331<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $109.99 |
| **3.4** | Nonpriority creditor's name and mailing address<br><br>ALMO<br>PO Box 536251<br>Pittsburgh, PA 15253-5904<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $304,183.58 |

| Debtor | AppliceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | $805.83

American Electric Power
PO Box 24418
Canton, OH 44701-4418

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _4030 Hilliard_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | $1,471.73

American Electric Power
PO Box 24418
Canton, OH 44701-4418

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _4038 Graceland_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | $696.27

American Electric Power
PO Box 24418
Canton, OH 44701-4418

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _4033 Columbus Sq_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | $1,937.39

AMEX
P.O. Box 650448
Dallas, TX 75265-0448

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | $13,662.54

ARCA Inc.
175 Jackson Avenue North
Suite 102
Hopkins, MN 55343

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | $7,020.00

Avalara, Inc.
Dept CH 16781
Palatine, IL 60055

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | $8,195.00

AVB Brand Source
150 Meadowlands Parkway
2nd Floor
Secaucus, NJ 07094

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _IT Services_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | ApplianceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220.00 |
|---|---|---|---|

Bergen KDV
220 Park Ave South
Saint Cloud, MN 56301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,727.30 |
|---|---|---|---|

Birch Run Station Shopping Ctr
c/o ACF Property Management
12411 Ventura Blvd.
Studio City, CA 91604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Past Due Rent_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,602.00 |
|---|---|---|---|

BKD CPAs & Advisors
PO Box 1190
Suite 200
Springfield, MO 65801-1190

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

Black Belt Movers
17111 Hickory Circle
Omaha, NE 68130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |
|---|---|---|---|

Blue Lagoon Hot Tubs
13529 Big Sandy Lake Drive
Rogers, MN 55374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,165.00 |
|---|---|---|---|

Boren Brothers LLC
7017 Americana Pkwy
Reynoldsburg, OH 43068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,255.50 |
|---|---|---|---|

Buckeye Forklift & Equipment
250 S Jefferson Ave
Plain City, OH 43064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | ApplianceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,917.25 |
|---|---|---|---|
| | Business Essentials<br>6645 James Avenue N.<br>Minneapolis, MN 55430 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,710.00 |
|---|---|---|---|
| | BZ Doors LLC<br>722 Magnolia Ave<br>Saint Paul, MN 55106 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,378.00 |
|---|---|---|---|
| | C.H. Robinson Worldwide, Inc.<br>P.O. Box 9121<br>Minneapolis, MN 55480-9121 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,375.78 |
|---|---|---|---|
| | Canon Financial Services, Inc<br>14904 Collections Center Drive<br>Chicago, IL 60693-0149 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,048.45 |
|---|---|---|---|
| | Capital City Appliance Svc Inc<br>2830 Fisher Road<br>Suite D<br>Columbus, OH 43204 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $770.00 |
|---|---|---|---|
| | CareerBuilder LLC<br>13047 Collection Center Drive<br>Chicago, IL 60693-0130 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,537.77 |
|---|---|---|---|
| | CDW Direct<br>PO Box 75723<br>Chicago, IL 60675-5723 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | AppliceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|

Debtor    ApplianceSmart, Inc.                                   Case number (if known)    19-13887
          Name

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$123.12**

Centerpoint Energy
501 W 61st Street
Minneapolis, MN 55419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** 0233 Apple Valley

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$404.18**

Centerpoint Energy
501 W 61st Street
Minneapolis, MN 55419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** 0236 Champlin

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,026.76**

CenturyLink
100 Centurylink Drive
Monroe, LA 71203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,640.68**

Cigna
900 Cottage Grove Road
Bloomfield, CT 06002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$295.86**

City Electric Supply
P.O. Box 1006
Wilbraham, MA 01095

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$193.05**

Claxon Communications LLC
316 N. 3rd Street
Coshocton, OH 43812

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.00**

Clifton Larson Allen LLP
220 South Sixth Street
Suite 300
Minneapolis, MN 55402-1436

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ApplianceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,238.00 |
|---|---|---|---|

Comfortrol, Inc.
3155 Lamb Avenue
Columbus, OH 43219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,195.00 |
|---|---|---|---|

Connect Media
P.O. Box 7267
Rochester, MN 55903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $267.79 |
|---|---|---|---|

Corbin Gas Propane
P.O. Box 634
Stockbridge, GA 30281

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $963.00 |
|---|---|---|---|

Corra Group
201 Continental Blvd #107
El Segundo, CA 90245

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,640.00 |
|---|---|---|---|

Cox Radio
6205 Peachtree Dunwoody Road
Atlanta, GA 30328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,960.80 |
|---|---|---|---|

Crossroads Center
975 34th Ave NW
Suite 205
Rochester, MN 55901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ 0239 Rochester

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.00 |
|---|---|---|---|

CT Corporation
28 Liberty St Floor 42
New York, NY 10005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | AppliceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | $296.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
CT Lien Solutions
28 Liberty St 26th Floor
New York, NY 10005

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$296.00

---

**3.41 Nonpriority creditor's name and mailing address**
Cumulus
3280 Peachtree Road, NW
Atlanta, GA 30305

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** KQRS

Is the claim subject to offset? ■ No ☐ Yes

$43,585.00

---

**3.42 Nonpriority creditor's name and mailing address**
Cumulus
3280 Peachtree Road, NW
Atlanta, GA 30305

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** WGVX

Is the claim subject to offset? ■ No ☐ Yes

$8,910.00

---

**3.43 Nonpriority creditor's name and mailing address**
Dave Priest
5950 145th Lane NW
Anoka, MN 55303

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$177.73

---

**3.44 Nonpriority creditor's name and mailing address**
Delta Dental of Minnesota
500 S Washington Ave
Minneapolis, MN 55415

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$904.74

---

**3.45 Nonpriority creditor's name and mailing address**
DeWitt Law Firm
2100 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-3713

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,935.00

---

**3.46 Nonpriority creditor's name and mailing address**
Dispatch Media Group
P.O. Box 1289
Columbus, OH 43216

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,262.60

| Debtor | AppliceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $479.00 |
|---|---|---|---|

Douglas Cty Bd Commissioners
8700 Hospital Drive
Douglasville, GA 30134

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $884.08 |
|---|---|---|---|

Electro Watchman, Inc.
One W. Water Street
Suite 110
Saint Paul, MN 55107

Date(s) debt was incurred _

Last 4 digits of account number  274

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.45 |
|---|---|---|---|

Electro Watchman, Inc.
One W. Water Street
Suite 110
Saint Paul, MN 55107

Date(s) debt was incurred _

Last 4 digits of account number  1222

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297.74 |
|---|---|---|---|

Electro Watchman, Inc.
One W. Water Street
Suite 110
Saint Paul, MN 55107

Date(s) debt was incurred _

Last 4 digits of account number  4290

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $227,774.92 |
|---|---|---|---|

Electrolux Home Products
North America
PO Box 212237
Augusta, GA 30907

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,192.33 |
|---|---|---|---|

Electrolux Parts
North America
PO Box 212237
Augusta, GA 30907

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,993.89 |
|---|---|---|---|

Encompass Supply Chain
775 Tipton Industrial Drive
Lawrenceville, GA 30046

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | ApplianceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.13 |
|---|---|---|---|

Eric Wandersee
14136 Packard Street NE
Andover, MN 55304

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.67 |
|---|---|---|---|

Ferrall Gas
P.O. Box 173940
Denver, CO 80217-3940

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.90 |
|---|---|---|---|

Fire Systems, Inc.
4700 Highlands Parkway
Smyrna, GA 30082

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,857.39 |
|---|---|---|---|

Fisher Paykel
PO Box 740919
Los Angeles, CA 90074-0919

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

Fisher Phillips
1075 Peachtree Street, NE
Suite 3500
Atlanta, GA 30309

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,850.00 |
|---|---|---|---|

Five Star Logistics
1400 Madeline Lane
Elgin, IL 60124

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $467.09 |
|---|---|---|---|

Ford Credit
PO Box 548000
Omaha, NE 68154

Date(s) debt was incurred _
Last 4 digits of account number  1632

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | ApplianceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|
| | Name | | |

---

**3.61** | **Nonpriority creditor's name and mailing address**
Ford Credit
PO Box 548000
Omaha, NE 68154

**Date(s) debt was incurred** _
**Last 4 digits of account number** 1748

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$467.09

---

**3.62** | **Nonpriority creditor's name and mailing address**
Garrison Lawn & Snow
1188 Marden Court
Jordan, MN 55352

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$396.36

---

**3.63** | **Nonpriority creditor's name and mailing address**
Gatehouse Media OH Holdings In
PO Box 182537
Columbus, OH 43216-2537

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$10,823.44

---

**3.64** | **Nonpriority creditor's name and mailing address**
GE Appliances
A Haier Company
P.O. Box 640328
Pittsburgh, PA 15264

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$467.53

---

**3.65** | **Nonpriority creditor's name and mailing address**
GE Appliances - Parts
A Haier Company
P.O. Box 640328
Pittsburgh, PA 15264

**Date(s) debt was incurred** _
**Last 4 digits of account number** 22MN

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$12,336.95

---

**3.66** | **Nonpriority creditor's name and mailing address**
GE Appliances - Parts
A Haier Company
P.O. Box 640328
Pittsburgh, PA 15264

**Date(s) debt was incurred** _
**Last 4 digits of account number** 71GA

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$9,590.95

---

**3.67** | **Nonpriority creditor's name and mailing address**
Gephart Electric Co Inc
3550 LaBore Road
Saint Paul, MN 55110

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,920.41

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | AppliceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,828.74 |
|---|---|---|---|

Gilbert Mechanical
5251 W 74th Street
Minneapolis, MN 55439

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,178.98 |
|---|---|---|---|

Graceland Retail 2017, LLC
250 Civic Center Drive
Suite 500
Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $747.77 |
|---|---|---|---|

Guardian Water & Power
33 Spring St #801
New York, NY 10013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,920.00 |
|---|---|---|---|

H&H Mechanical
3270 Humpries Hill Road
Austell, GA 30106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,291.59 |
|---|---|---|---|

Hogan Truck Leasing
2150 Schuetz Road
Suite 210
Saint Louis, MO 63146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $491.01 |
|---|---|---|---|

Homegrown Property Svcs Inc
910 Quaker Ave
Jordan, MN 55352

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,001.10 |
|---|---|---|---|

Hopkins Mainstreet II, LLC
750 2nd St NE, Suite 100
Hopkins, MN 55343-8586

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | AppliceSmart, Inc. | | Case number (if known) | 19-13887 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,232.74 |
|---|---|---|---|
| | Iron Mountain<br>1000 Campus Drive<br>Collegeville, PA 19426 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.38 |
|---|---|---|---|
| | Jay Wettlaufer<br>8343 4th Ave<br>Circle Pines, MN 55014 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | JDN Realty Corporation<br>P.O. Box 532614<br>Atlanta, GA 30353-2614 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $182.74 |
|---|---|---|---|
| | John Houser<br>12421 Pineview Tr<br>Dayton, MN 55327 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|
| | Justin Fitzpatrick<br>3541 Karikal Drive<br>Westerville, OH 43081 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,567.34 |
|---|---|---|---|
| | Koch Nationalease<br>2230 Energy Park Drive<br>Saint Paul, MN 55108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,130.49 |
|---|---|---|---|
| | LifeWorks US Inc.<br>201 17th Street NW, Suite 630<br>Atlanta, GA 30363 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | ApplianceSmart, Inc. | Case number (if known) | 19-13887 |
|--------|----------------------|------------------------|----------|
| | Name | | |

---

**3.82**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,726.26 |
|---|---|---|
| LINA<br>PO Box 13701<br>Philadelphia, PA 19101-3701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.83**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,339.03 |
|---|---|---|
| Live Ventures Incorporated<br>325 E Warm Springs Rd #102<br>Las Vegas, NV 89119 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.84**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,387.82 |
|---|---|---|
| Loffler<br>1101 East 78th Street<br>Suite 200<br>Minneapolis, MN 55420 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.85**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,960.33 |
|---|---|---|
| Loomis<br>Dept Che 10500<br>Palatine, IL 60055 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.86**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|
| Mak Daddy Professional Svc Inc<br>2820 135th Ave NW<br>Andover, MN 55304 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.87**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,660.48 |
|---|---|---|
| Marcone Supply<br>One City Place<br>Suite 400<br>Saint Louis, MO 63141-7065 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** 9645 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.88**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,603.82 |
|---|---|---|
| Marcone Supply<br>One City Place<br>Suite 400<br>Saint Louis, MO 63141-7065 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** 0495 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | AppliceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|
| | Name | | |

---

**3.89**

**Nonpriority creditor's name and mailing address**
Marcone Supply
One City Place
Suite 400
Saint Louis, MO 63141-7065

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0580

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,377.74**

---

**3.90**

**Nonpriority creditor's name and mailing address**
Marcone Supply
One City Place
Suite 400
Saint Louis, MO 63141-7065

**Date(s) debt was incurred** _

**Last 4 digits of account number** 3249

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,394.56**

---

**3.91**

**Nonpriority creditor's name and mailing address**
Marcone Supply
One City Place
Suite 400
Saint Louis, MO 63141-7065

**Date(s) debt was incurred** _

**Last 4 digits of account number** 3634

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$9,340.06**

---

**3.92**

**Nonpriority creditor's name and mailing address**
Marick & Tynjala PA
7100 Northland Circle North
Suite 101
Minneapolis, MN 55428

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$450.00**

---

**3.93**

**Nonpriority creditor's name and mailing address**
Mark Kolsrud
3229 Elliot Ave S
Minneapolis, MN 55407

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$604.83**

---

**3.94**

**Nonpriority creditor's name and mailing address**
Marshall & Stevens, Inc.
800 West Sixth Street
Los Angeles, CA 90017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,201.00**

---

**3.95**

**Nonpriority creditor's name and mailing address**
Martin Drive, LLC
14675 Martin Street
Eden Prairie, MN 55344

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Law suit - past due rent

Is the claim subject to offset? ■ No  ☐ Yes

**$265,281.26**

---

| Debtor | ApplianceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|
| | Name | | |

| | | As of the petition filing date, the claim is: Check all that apply. | |
|---|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address**<br>Matt Winfield<br>296 Edmund Ave<br>Saint Paul, MN 55103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11.28 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.97 | **Nonpriority creditor's name and mailing address**<br>Matt's Moving, LLC<br>105 State Street So<br>Saint Paul, MN 55107 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $58,097.50 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.98 | **Nonpriority creditor's name and mailing address**<br>Mechanical Maintenance TX Ward<br>2121 Ceegee Street<br>San Antonio, TX 78217 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $435.08 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.99 | **Nonpriority creditor's name and mailing address**<br>Metropolitan Telecommunication<br>55 Water St 32 Floor<br>New York, NY 10041 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,304.10 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.100 | **Nonpriority creditor's name and mailing address**<br>Michael Larkin<br>1986 Ryan Ave W<br>Saint Paul, MN 55113 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.101 | **Nonpriority creditor's name and mailing address**<br>Michelle Terry<br>4605 Echo NE<br>Stacy, MN 55079 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.102 | **Nonpriority creditor's name and mailing address**<br>Minnehaha Bldg Maintenance<br>1200 Centre Pointe Curve<br>Saint Paul, MN 55120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38.70 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | ApplianceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|
| | Name | | |

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,166.66

Montage Insurance Solutions
5550 Topanga Canyon Blvd #310
Woodland Hills, CA 91367

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Danone Simpson Inc Services LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $82,235.08

New Leaf
909 Lake Carolyn Parkway
Irving, TX 75039

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29,472.59

North Church Ln Properties LLC
4381 Beech Haven Trail
Atlanta, GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $686.07

Nova Medical Centers
2425 Fountain View Dr #160
Houston, TX 77057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $571.50

Occupational Health Centers MN
5080 SPECTRUM DR STE 1200W
Addison, TX 75001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,958.84

OH Bureau of Workers Comp
339 E Maple Street
North Canton, OH 44720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,000.00

Ohio News Network Radio
Dept L 1739
Columbus, OH 43260-1739

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | AppliceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|

AppliceSmart, Inc.

Name

---

**3.110** | **Nonpriority creditor's name and mailing address**

OIRE National MN LLC
380 Jackson Street #700
Saint Paul, MN 55101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$35,972.09

---

**3.111** | **Nonpriority creditor's name and mailing address**

Optum Bank
PO Box 30516
Salt Lake City, UT 84130-0516

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$3,466.44

---

**3.112** | **Nonpriority creditor's name and mailing address**

Peter Soleta
15700 Rockford Road
Minneapolis, MN 55446

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$780.00

---

**3.113** | **Nonpriority creditor's name and mailing address**

Pioneer Secure Shred
155 Irving Ave N
Minneapolis, MN 55405

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$72.00

---

**3.114** | **Nonpriority creditor's name and mailing address**

Potter Distributing, Inc.
4037 Roger Chaffee Drive
Grand Rapids, MI 49548

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$3,410.60

---

**3.115** | **Nonpriority creditor's name and mailing address**

Potter Distributing, Inc.
4037 Roger Chaffee Drive
Grand Rapids, MI 49548

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,280.60

---

**3.116** | **Nonpriority creditor's name and mailing address**

Protection One Alarm
Monitoring Inc
PO Box 219044
Kansas City, MO 64121

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$315.89

---

| Debtor | ApplianceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|
| | Name | | |

---

**3.117**

**Nonpriority creditor's name and mailing address**
Quality Forklift Sales
587 Citation Drive
Shakopee, MN 55379

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,010.31

---

**3.118**

**Nonpriority creditor's name and mailing address**
Quickline Moving Services
6112 N. Mesa
El Paso, TX 79912

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,363.37

---

**3.119**

**Nonpriority creditor's name and mailing address**
Radio Ohio
Dept L 1739
Columbus, OH 43260-1739

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,088.26

---

**3.120**

**Nonpriority creditor's name and mailing address**
Reliable Parts
28894 Network Place
Chicago, IL 60673

**Date(s) debt was incurred** _

**Last 4 digits of account number**  1423

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$345.14

---

**3.121**

**Nonpriority creditor's name and mailing address**
Reliable Parts
28894 Network Place
Chicago, IL 60673

**Date(s) debt was incurred** _

**Last 4 digits of account number**  1432

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$619.34

---

**3.122**

**Nonpriority creditor's name and mailing address**
Reliable Parts
28894 Network Place
Chicago, IL 60673

**Date(s) debt was incurred** _

**Last 4 digits of account number**  1434

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$302.39

---

**3.123**

**Nonpriority creditor's name and mailing address**
Richard Budewitz
209 6 1/2 Street
Rochester, MN 55904

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$5.56

---

| Debtor | ApplianceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|
| | Name | | |

---

**3.124**

**Nonpriority creditor's name and mailing address**
Roth Staffing
450 N. State College Blvd
Orange, CA 92868

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,896.95

---

**3.125**

**Nonpriority creditor's name and mailing address**
Ryder Last Mile Inc
75 Remittance Drive
Chicago, IL 60675

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,920.18

---

**3.126**

**Nonpriority creditor's name and mailing address**
Samsung Electronics AmericaInc
12869 Collection Center Drive
Chicago, IL 60693

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$50,228.69

---

**3.127**

**Nonpriority creditor's name and mailing address**
Schottenstein Property Group
4300 E. 5th Ave
Columbus, OH 43219

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$715.39

---

**3.128**

**Nonpriority creditor's name and mailing address**
Seventy Three Seventy LLC
c/o Grootwassink Real Estate
14675 Martin Dr Ste 200
Eden Prairie, MN 55344

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$75,681.61

---

**3.129**

**Nonpriority creditor's name and mailing address**
Shannon Bohnen
919 Randolph Ave
Saint Paul, MN 55102

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.130**

**Nonpriority creditor's name and mailing address**
Southern Tire Mart
Dept 143
PO Box 1000
Memphis, TN 38148-0143

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,282.62

---

| Debtor | AppliceSmart, Inc. | Case number *(if known)* | 19-13887 |
|---|---|---|---|

Name

---

**3.131**

**Nonpriority creditor's name and mailing address**
Stanley Convergent Security
Dept CH 10651
Palatine, IL 60055

**Date(s) debt was incurred** _

**Last 4 digits of account number** _4500_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$296.25

---

**3.132**

**Nonpriority creditor's name and mailing address**
Stanley Convergent Security
Dept CH 10651
Palatine, IL 60055

**Date(s) debt was incurred** _

**Last 4 digits of account number** _6300_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$106.43

---

**3.133**

**Nonpriority creditor's name and mailing address**
Stanley Convergent Security
Dept CH 10651
Palatine, IL 60055

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1766_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$39.87

---

**3.134**

**Nonpriority creditor's name and mailing address**
Stanley Convergent Security
Dept CH 10651
Palatine, IL 60055

**Date(s) debt was incurred** _

**Last 4 digits of account number** _8093_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,904.66

---

**3.135**

**Nonpriority creditor's name and mailing address**
Staples Business Advantage
PO Box 660409
Dallas, TX 75266-0409

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$686.95

---

**3.136**

**Nonpriority creditor's name and mailing address**
StarTribune
P.O. Box 790445
Saint Louis, MO 63179-0445

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$87,549.98

---

**3.137**

**Nonpriority creditor's name and mailing address**
STS Staffing
7986 University Ave NE
Minneapolis, MN 55432

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$25.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | ApplianceSmart, Inc. | Case number (if known) | 19-13887 |
|--------|----------------------|------------------------|----------|
|        | Name                 |                        |          |

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $149.00 |
|---|---|---|---|
| | Summit Companies<br>PO Box 6205<br>Carol Stream, IL 60197-6205 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $262.00 |
|---|---|---|---|
| | Summit Companies ARCASTPA<br>PO Box 6250<br>Carol Stream, IL 60197-6205 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,273.40 |
|---|---|---|---|
| | Sundberg America<br>PO Box 74932<br>Cleveland, OH 44194-4932 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $820.00 |
|---|---|---|---|
| | SureScreen Labs<br>2015 Assembly Street<br>Columbia, SC 29201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $61.83 |
|---|---|---|---|
| | T-Mobile<br>P.O. Box 790047<br>Saint Louis, MO 63179-0047 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,111.13 |
|---|---|---|---|
| | Tape Products Company<br>PO Box 644917<br>Pittsburgh, PA 15264-4917 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $57,513.36 |
|---|---|---|---|
| | Taurus USLF<br>c/o Taurus Management Svcs LLC<br>610 N Wymore Road #200<br>Maitland, FL 32751 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | AppliceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|
| | Name | | |

---

**3.145** | **Nonpriority creditor's name and mailing address**
The Fan
Dept L 1739
Columbus, OH 43260-1739

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$24,600.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address**
The Hartford
PO Box 660916
Dallas, TX 75266-0916

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$237,389.87

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address**
The Home Mag
11900 Wayzata Blvd
Suite 226
Hopkins, MN 55305

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,100.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address**
Tiger Sanitation
P.O. Box 200143
San Antonio, TX 78220-0143

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$440.32

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address**
Tiger Valuation Services LLC
60 State Street
Boston, MA 02109

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,500.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address**
Tim Frisbie
7716 59th Ave N
Minneapolis, MN 55428

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$330.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address**
Todd Morehart
5992 Pear Tree Way
Grove City, OH 43123

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$312.14

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | AppliceSmart, Inc. | | Case number (if known) | 19-13887 |
|---|---|---|---|---|
| | Name | | | |

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $133.98 |
|---|---|---|---|
| | Toll Gas & Welding Supply<br>3005 Niagara Ln<br>Minneapolis, MN 55447 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,785.35 |
|---|---|---|---|
| | Tower Collateral Solutions LLC<br>11417 W. Palmetto Park Rd<br>Boca Raton, FL 33497 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,369.13 |
|---|---|---|---|
| | Uline<br>PO Box 88741<br>Chicago, IL 60680-1741 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27,526.41 |
|---|---|---|---|
| | UMR (BMO)<br>11 Scott Street<br>Suite 100<br>Wausau, WI 54403-4888 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,872.75 |
|---|---|---|---|
| | United Trailer Leasing<br>PO Box 86<br>Minneapolis, MN 55486-2757 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24,855.00 |
|---|---|---|---|
| | Univision Receivables Co LLC<br>PO Box 740721<br>Los Angeles, CA 90074-0721 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,525.78 |
|---|---|---|---|
| | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | AppliceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|
| | Name | | |

---

**3.159**

**Nonpriority creditor's name and mailing address**
Utility Recovery Systems, Inc
1721 S Franklin Rd
Suite 200
Indianapolis, IN 46239-2170

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$458.95

---

**3.160**

**Nonpriority creditor's name and mailing address**
Valassis Communications, Inc.
19975 Victor Parkway
Livonia, MI 48152

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2491

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$186,131.68

---

**3.161**

**Nonpriority creditor's name and mailing address**
Valassis Communications, Inc.
19975 Victor Parkway
Livonia, MI 48152

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2869

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$57,073.06

---

**3.162**

**Nonpriority creditor's name and mailing address**
Valassis Communications, Inc.
19975 Victor Parkway
Livonia, MI 48152

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2981

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$234,320.90

---

**3.163**

**Nonpriority creditor's name and mailing address**
Valassis Communications, Inc.
19975 Victor Parkway
Livonia, MI 48152

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Direct Mail

Is the claim subject to offset? ■ No  ☐ Yes

$17,946.24

---

**3.164**

**Nonpriority creditor's name and mailing address**
VanMile
PO Box 1082
Harrisburg, NC 28075

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$25,430.00

---

**3.165**

**Nonpriority creditor's name and mailing address**
Verizon Wireless
Michael Stenger
PO Box 489
Newark, NJ 07101-0489

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$184.77

---

| Debtor | ApplianceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|
| | Name | | |

---

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $650.23
---|---|---|---

Verizon Wireless
Todd Morehart
PO Box 489
Newark, NJ 07101-0489

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $307.75

Waste Industries
PO Box 791519
Baltimore, MD 21279-1519

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,137.03

Waste Management
PO Box 4648
Carol Stream, IL 60197-4648

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,040.00

WBNS-AM
Dept L 1739
Columbus, OH 43260-1739

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,801.96

WC Alamo Industrial Center, LP
814 Lavaca Street
Austin, TX 78701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Past Due Rent

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,500.00

webMO
2585 N 1st Ave
Tucson, AZ 85719

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $350.00

Wencl Services Inc
8148 Pillsbury Ave So
Minneapolis, MN 55420

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | AppliuanceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|
| | Name | | |

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Westerville Square, Inc.<br>2000 West Henderson Road<br>Columbus, OH 43215 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Unpaid Rent | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,450.00 |
|---|---|---|---|
| | WhiteSpace Design LLC<br>1643 North Alvernon Way<br>Tucson, AZ 85712 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,587.81 |
|---|---|---|---|
| | Wolf Steel USA, LLC<br>P.O. Box 775465<br>Chicago, IL 60677-5465 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Harris McClellan et al<br>37 W. Broad Street<br>Suite 950<br>Columbus, OH 43215 | Line  3.173<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                   0.00 |
| **5b. Total claims from Part 2** | 5b. + | $         2,954,679.24 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $         2,954,679.24 |

**Fill in this information to identify the case:**

Debtor name ___AplianceSmart, Inc.___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF NEW YORK___

Case number (if known) ___19-13887___

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 2018 Ford Transit (0994) | |
| | State the term remaining | 48 Months | Boyer Trucks |
| | List the contract number of any government contract | | 2425 Broadway Street NE Minneapolis, MN 55413 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 2018 Ford Transit (0802) | |
| | State the term remaining | 48 Months | Boyer Trucks |
| | List the contract number of any government contract | | 2425 Broadway Street NE Minneapolis, MN 55413 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Retail store lease for 1735A Beam Ave, Maplewood, MN 55109 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | CW Birch Run, LLC |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Merchant Agreement | |
| | State the term remaining | | First Data Merchant Services |
| | List the contract number of any government contract | | 3975 NW 120th Avenue Pompano Beach, FL 33065 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    AppliceSmart, Inc. _____    Case number (if known)    19-13887
            First Name        Middle Name        Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 2013 Ford Transit Van | |
|---|---|---|---|
| | State the term remaining | 48 months | Ford Credit |
| | List the contract number of any government contract | | PO Box 548000 |
| | | | Omaha, NE 68154 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Leases for two 2019 Freightliner Trucks | |
|---|---|---|---|
| | State the term remaining | | Hogan Truck Leasing |
| | List the contract number of any government contract | | 2150 Schuetz Road |
| | | | Suite 210 |
| | | | Saint Louis, MO 63146 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Lease for three 2020 Intl Trucks | |
|---|---|---|---|
| | State the term remaining | 65 months | Koch Nationalease |
| | List the contract number of any government contract | | 2230 Energy Park Drive |
| | | | Saint Paul, MN 55108 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 2018 Freightliner M2 | |
|---|---|---|---|
| | State the term remaining | 48 Months | Koch Nationalease |
| | List the contract number of any government contract | | 2230 Energy Park Drive |
| | | | Saint Paul, MN 55108 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Retail store lease for 8900 109th Avenue North, Champlin, MN - monthly rent of $14,679.23 | |
|---|---|---|---|
| | State the term remaining | 3 years | OIRE National MN LLC |
| | List the contract number of any government contract | | 380 Jackson Street #700 |
| | | | Saint Paul, MN 55101 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Retail store lease for 6080 E Main Street Columbus, OH 43213 | |
|---|---|---|---|
| | State the term remaining | | Schottenstein Property Group |
| | | | 4300 East Fifth Avenue |
| | | | Columbus, OH 43219 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  ApplianceSmart, Inc.                                                    Case number *(if known)*   19-13887
          First Name          Middle Name          Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 5700 Columbus Square, Columbus, OH store | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Westerville Square, Inc. 2000 West Henderson Road Columbus, OH 43215 |

**Fill in this information to identify the case:**

Debtor name    ApplianceSmart, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    19-13887

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1   ARCA Inc. | 175 Jackson Avenue North<br>Suite 102<br>Hopkins, MN 55343 | Westerville Square, Inc. | ☐ D _____<br>■ E/F ___3.173___<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    ApplianceSmart, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    19-13887

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.    SEE ANNEXED SCHEDULE | | $559,537.00 | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other___ |

| Debtor | AppliceSmart, Inc. | Case number (if known) | 19-13887 |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Akram Mohammed<br>43660 Savona Street<br>Temecula, CA 92592<br>Former President | 6/28/18;<br>7/18/18;<br>8/6/18;<br>9/11/18;<br>10/4/18;<br>11/9/18;<br>11/30/18;<br>12/7/18, and<br>1/10/19. | $46,226.60 | Payrolls; expense reimbursement and consulting services. |
| 4.2. Jianne Demeroutis<br>3613 E. Canter Road<br>Tucson, AZ 85739<br>Former President | 7/9/18;<br>9/6/18;<br>3/5/19;<br>3/6/19, and<br>8/1/19 | $2,388.96 | Expense reimbursement and consulting services |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Hopkins Mainstreet II, LLC<br>c/o Douglass E. Turner<br>33 South 6th Street, # 4160<br>Minneapolis, MN 55402 | Last 4 digits of account number: _____ | | Unknown |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Hopkins Mainstreet II, LLC v.<br>ApplianceSmart, Inc. | Monies owed | District Court for the State of MN | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    AppliceSmart, Inc. _____    Case number *(if known)*    19-13887

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Martin Drive, LLC v. ApplianceSmart, Inc. | Monies owed | District Court for the State of MN<br>County of Hennepin | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Graceland Retail 2017, LLC v. ApplianceSmart, Inc. | Monies owed | Franklin County Court of Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Westerville Square, Inc. v. ApplianceSmart, Inc. | Monies owed | Franklin County cCourt of Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | CH Robinson Worldwide, Inc. v. ApplianceSmart, Inc. | | District Court for the State of MN<br>County of Carver | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Fisher & Paykel Appliances v. ApplianceSmart, Inc. | | San Diego | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   ApplianceSmart, Inc.                                              Case number (if known)  19-13887

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  The Law Offices of Kenneth A. Reynolds, 105 Maxess Road Suite 124 Melville, NY 11747 | Attorney Fees | | $25,000.00 |
| **Email or website address** kreynolds@kareynoldslaw.com | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  175 Jackson Avenue N Suite 102 Hopkins, MN 55343 | 12/30/2017 to 11/1/2019 |
| 14.2.  325 E. Warm Springs Road Suite 102 Las Vegas, NV 89119 | 11/1/2019 to Present |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

Debtor    AppliceSmart, Inc.                                          Case number (if known)  19-13887

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☑ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

| Debtor | AppliceSmart, Inc. | | Case number *(if known)* | 19-13887 |
|---|---|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☑ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | WSRP, LLC<br>155 North 400 West<br>Suite 400<br>Salt Lake City, UT 84103 | 7/1/2019 to Present |

Debtor    ApplianceSmart, Inc.                                                    Case number *(if known)*   19-13887

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  Singer Lewak<br>10960 Wilshire Blvd.<br>Suite 700<br>Los Angeles, CA 90024 | 10/1/2017 to<br>6/30/2018 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Virland Johnson, CFO<br>325 E. Warm Springs Road<br>Suite 102<br>Las Vegas, NV 89119 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  White Oak Capital<br>1155 Avenue of the Americas<br>15th Floor<br>New York, NY 10036 |
| 26d.2.  Second Avenue Capital<br>1010 Northern Blvd.<br>Suite 340<br>Great Neck, NY 11021 |
| 26d.3.  Crossroads Financing, LLC<br>6001 Broken Sound Parkway NW<br>Suite 620<br>Boca Raton, FL 33487 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1  Todd Morehart | 11/4/2019 | $2,577,533.86 (actual) |
| **Name and address of the person who has possession of inventory records** | | |
| ApplianceSmart, Inc.<br>325 E. Warm Springs Road, Suite 102<br>Las Vegas, NV 89119 | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Debtor | ApplianceSmart, Inc. | | Case number *(if known)* | 19-13887 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jon Isaac | 325 E. Warm Springs Road Suite 102 Las Vegas, NV 89119 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Virland Johnson | 325 E. Warm Springs Road Suite 102 Las Vegas, NV 89119 | Chief Financial Officer | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Akram Mohammed | 43660 Savona Street Temecula, CA 92592 | President | NEED |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jianne Demeroutis | 3613 E. Canter Road Tucson, AZ 85739 | President | NEED |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| ApplianceSmart Holdings, LLC owned by Live Ventures, Inc. | EIN: 85-0206668 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    AppliceSmart, Inc.                                          Case number *(if known)*  19-13887

---

<span style="background:black;color:white">**Part 14:**</span>    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 23, 2019

/s/ Virland Johnson                                      Virland Johnson
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor   Chief Financial Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re   AppliceSmart, Inc.

Case No.   19-13887

Debtor(s)

Chapter   11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 16,000.00 |
| Prior to the filing of this statement I have received | $ | 16,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

December 23, 2019

*Date*

/s/ Kenneth A. Reynolds

Kenneth A. Reynolds
*Signature of Attorney*
The Law Offices of Kenneth A. Reynolds, Esq., P.C.
105 Maxess Road
Suite 124
Melville, NY 11747
631-994-2220
kreynolds@kareynoldslaw.com

*Name of law firm*

---

# United States Bankruptcy Court
## Southern District of New York

In re   AppliceSmart, Inc.

Debtor(s)

Case No.   19-13887

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ApplianceSmart Holdings LLC<br>325 E Warm Springs Rd #102<br>Las Vegas, NV 89119 | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   December 23, 2019

Signature   /s/ Virland Johnson

Virland Johnson

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re  AppliceSmart, Inc.

Debtor(s)

Case No.  19-13887

Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  December 23, 2019

/s/ Virland Johnson
Virland Johnson/Chief Financial Officer
Signer/Title

# United States Bankruptcy Court
## Southern District of New York

In re  ApplianceSmart, Inc.                                             Case No.  19-13887
                                                    Debtor(s)            Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   ApplianceSmart, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

ApplianceSmart Holdings LLC
325 E Warm Springs Rd #102
Las Vegas, NV 89119

☐ None [*Check if applicable*]

December 23, 2019
Date

/s/ Kenneth A. Reynolds
Kenneth A. Reynolds
Signature of Attorney or Litigant
Counsel for   ApplianceSmart, Inc.
The Law Offices of Kenneth A. Reynolds, Esq., P.C.
105 Maxess Road
Suite 124
Melville, NY 11747
631-994-2220
kreynolds@kareynoldslaw.com