| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | ApplianceSmart, Inc. | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | ☑ Check if this is an amended filing |
| Case number (if known): | 19-13887 | |

# Official Form 204
## AMENDED Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALMO<br>PO Box 536251<br>Pittsburgh, PA 15253-5904 | | | | | | $304,183.58 |
| Cumulus<br>3280 Peachtree Road, NW<br>Atlanta, GA 30305 | | KQRS | | | | $43,585.00 |
| Electrolux Home Products<br>North America<br>PO Box 212237<br>Augusta, GA 30907 | | | | | | $227,774.92 |
| Fisher Paykel<br>PO Box 740919<br>Los Angeles, CA 90074-0919 | | | | | | $108,857.39 |
| Graceland Retail 2017, LLC<br>250 Civic Center Drive<br>Suite 500<br>Columbus, OH 43215 | | Judgment lien | | $935,904.42 | $0.00 | $935,904.42 |
| Hopkins Mainstreet II, LLC<br>c/o Douglass E. Turner<br>33 South 6th Street, # 4160<br>Minneapolis, MN 55402 | | Obtained judgment lien against bank account within 90-days prior to filing | Disputed | $229,165.48 | $0.00 | $229,165.48 |
| JanOne, Inc. fka ARCA Inc.<br>175 Jackson Avenue North<br>Suite 102<br>Hopkins, MN 55343 | | Second priority blanket lien | | $2,826,210.90 | $3,053,375.52 | $1,361,037.71 |

| | | |
|---|---|---|
| Official form 204 | Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims | page 1 |
| Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

Debtor   ApplianceSmart, Inc.
         Name

Case number (if known)   19-13887

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Live Ventures Incorporated<br>325 E Warm Springs Rd #102<br>Las Vegas, NV 89119 | | | | | | $59,339.03 |
| Martin Drive, LLC<br>14675 Martin Street<br>Eden Prairie, MN 55344 | | Law suit - past due rent | | | | $265,281.26 |
| Matt's Moving, LLC<br>105 State Street So<br>Saint Paul, MN 55107 | | | | | | $58,097.50 |
| New Leaf<br>909 Lake Carolyn Parkway<br>Irving, TX 75039 | | | | | | $82,235.08 |
| Samsung Electronics AmericaInc<br>12869 Collection Center Drive<br>Chicago, IL 60693 | | | | | | $50,228.69 |
| Seventy Three Seventy LLC<br>c/o Grootwassink Real Estate<br>14675 Martin Dr Ste 200<br>Eden Prairie, MN 55344 | | | | | | $75,681.61 |
| StarTribune<br>P.O. Box 790445<br>Saint Louis, MO 63179-0445 | | | | | | $87,549.98 |
| Taurus USLF<br>c/o Taurus Management Svcs LLC<br>610 N Wymore Road #200<br>Maitland, FL 32751 | | | | | | $57,513.36 |
| The Hartford<br>PO Box 660916<br>Dallas, TX 75266-0916 | | | | | | $237,389.87 |
| Valassis Communications, Inc.<br>19975 Victor Parkway<br>Livonia, MI 48152 | | | | | | $234,320.90 |
| Valassis Communications, Inc.<br>19975 Victor Parkway<br>Livonia, MI 48152 | | | | | | $186,131.68 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  ApplianceSmart, Inc.  
Name

Case number *(if known)*  19-13887

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Valassis Communications, Inc. 19975 Victor Parkway Livonia, MI 48152 | | | | | | $57,073.06 |
| Whirlpool Corporation 2000 M-63 MD7590 Benton Harbor, MI 49022-2692 | | Third priority secured facility | Disputed | $3,334,784.63 | $3,053,375.52 | $3,334,784.63 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy